**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Maria Leticia GUTIERREZ–OROZCO,**
**also known as Leticia Gutierrez–**
**Orosco, Defendant–Appellant.**

No. 14–40677
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 20, 2015.

John Richard Berry, Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Maria Leticia Gutierrez–Orozco appeals the 46–month sentence imposed following her guilty plea conviction for being found in the United States after a previous deportation. For the first time on appeal, she contends that the district court plainly erred in imposing a 16–level enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(i) based on her prior federal convictions for conspiracy to distribute 50 or more grams of methamphetamine and conspiracy to distribute 500 or more grams of cocaine because the statute of conviction, 21 U.S.C. § 846, does not require proof of commercial activity or proof of an overt act.

This argument is foreclosed by our holdings in *United States v. Martinez–Lugo,* 782 F.3d 198, 204–05 (5th Cir.2015), *United States v. Rodriguez–Bernal,* 783 F.3d 1002, 1003, 1008 (5th Cir.2015), and *United States v. Rodriguez–Escareno,* 700 F.3d 751, 754–55 (5th Cir.2012). Accordingly, Gutierrez–Orozco has shown no clear or obvious error with regard to her sentence. *See Puckett v. United States,* 556 U.S. 129, 135, 129 S.Ct. 1423, 173 L.Ed.2d 266 (2009).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.